FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

# CIVIL RIGHTS COMPLAINT PURSUANT TO 42 U.S.C. § 1983

FEB 17 2015

JAMES N. HATTEN, CLERK
By: _____ Deputy Clerk

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

THE PEOPLE
(Enter above the full name and prisoner identification number of the plaintiff.)

1:15-CV-0472 RWS

-vs-

STATE OF GEORGIA

PETITION FOR EQUITY RELIEF

(Enter above the full name of the defendant(s).)

I. **Previous Lawsuits**

   A. Have you begun other lawsuits in state or federal court dealing with (1) the same facts involved in this action, or (2) otherwise relating to your imprisonment?

   Yes ( )    No (✓)

   B. If your answer to A (1) or (2) is yes, describe each lawsuit in the space below and tell us whether the "old" case involves the same facts or other issues. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

   1. Parties to this previous lawsuit:

      Plaintiff(s): _____
      _____

      Defendant(s): _____
      _____

   2. Court (if federal court, name the district; if state court, name the county):
      _____
      _____

   3. Docket Number: _____

I.  **Previous Lawsuits (Cont'd)**

    4.  Name of judge to whom case was assigned: _____

    5.  Did the previous case involve the same facts?

        Yes ( )   No ( )

    6.  Disposition (Was the case dismissed? Was it appealed? Is it still pending?): _____

    7.  Approximate date of filing lawsuit: _____

    8.  Approximate date of disposition: _____

II. **Exhaustion of Administrative Remedies**

    A.  Place of Present Confinement: _Fulton County Jail_

    B.  Is there a prisoner grievance procedure in this institution?
        Yes (✓)   No ( )

    C.  Did you present the facts relating to your complaint in the state prisoner grievance procedure?
        Yes ( )   No (✓)

    D.  If your answer is YES:

        1.  What steps did you take and what were the results? _____

        2.  If your answer is NO, explain why not: _Because it could not be resolve by this institution_

III. **Parties**

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

    A.  Name of Plaintiff(s): _1. Chadrus Brown GDC# 708075, A. Rep, Antavio Fambro GDC# 498258 - BKN# 1429317, Chris Penson GDC# 1295367, Abdul Hasan GDC# 758250 - BKN 465890, Brandon Bell GDC# 1203821 BKN# 1500861 SEE Attachment for other Plaintiffs._

## III.   Parties (Cont'd)

Address(es):   1st 18 Plaintiffs Present address is 7S-500 - 901 Rice stn, Atlanta, GA. 30318. The Second 23 are at GA. State Prison Reidsville GA. 30499 / 2146 GA. HWY. 147

(In item B below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Do the same for each additional defendant, if any.)

B.   Defendant(s):   STATE OF GEORGIA

Employed as   The State of Georgia Corporation

at   The Republic of Georgia United States of America Territory

## IV.   Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I Chadrus-Leguardga, sui-Juris, of the Brown family and a member of the People as in "We the People" U.S. Constition Preamble therein And Authorized Representative and a Plaintiff in this civil action. To Wit I reserve All rights without prejudice pursuant to U.C.C. 1-207, 1-103. As I present our claim. To w.t the State of Georgia Corporation through its Agents, Officers, Actors, Trustees have Breached the Contract known as the U.S. Constitution and the GA. Constitution. By Malpractice, Tyrannical, Fraudulant means with the misappropriation of the term "Person or Persons". And by it have deprived us all of life, liberty, and the pursuit of happiness. Thereby FRAud & Deception making each of us to be held liable to some unseen Contract or Compact unknowingly, unwillingly to be held as Corporations and not natural men. We Are Flesh and blood men on soil and non-participant inhabitants

## IV. Statement of Claim (Cont'd)

having never given Oath or Affirmation that would bind us to any Constitution or the laws there of. Gods law is our law and the law of nature. And we are not a party to any Government or Corporation. Nor are we citizens, taxpayers, persons, subject, slave, property or any other type of statute to wit Corporation law applies. We the People are the sovereign Supreme Power. And the State of Georgia has deprived All of us by Abuse of process. Because with each of us it has failed to proceed under Common LAW. And has Acted in an Attempt to Abridge it by the use of maritime the law of merchants. to wit they have constantly manipulated the people. Against there will and with completely not revealing the true nature and cause of the proceedings occurring on a daily bases. In Adition by Tyranical means through its officers and agents they have constantly herassed and hindered our travels and pursuit of happiness. And the blunt disregard of All of our inherent rights.

## V. Relief

State briefly exactly what you want the Court to do for you. **Make no legal arguments. Cite no cases or statutes.**

We the People request that each and every act by the state of Georgia to wit it Alledged crimes be held void and that any and All sentence rendered by this fraud be Also void and Completely removed from Any and All records. of the people listed herein this complaint as Compensation for punitative Damages. We also request that this Court issue an order for the expressed release of us All and $50 Billion Dollars American currency to be divid among All listed in this complaint as just Compensation Award for Compensatory Damages and Mental Anguish and deprovation of Character. Upon release. Furthermore it is requested that an injunction be place upon the state of Georgia to prevent any further abuse to any and All natural-persons. for such misappropriation of the

**V. Relief (Cont'd)**

Word in the Amount of $100,000,000 - one hundred million dollars American Currency to be granted to the individual that the State of Georgia intring upon each and every time as a tresspass set henee fourth. And further more the people demand that All Court cost be paid by the State of Georgia. And I want this Action to be taken in a Court of Equity jurisdiction.

Signed this __23__ day of __JAN.__, 20__15__.

by _Charkus-Lequindris Brown_
Signature of Plaintiff / Authorized Rep.

STATE OF __Georgia__
COUNTY (CITY) OF __FULTON (ATLANTA)__

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED ON __1-23-2015__
(Date)

_Charkus-Lequindris Brown_
Signature of Plaintiff / Authorized Rep.