C. 1-11

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

FILED IN CLERK'S OFFICE
U.S D.C. Atlanta

FEB 17 2015

JAMES N. HATTEN, CLERK
By: _____ Deputy Clerk

THE PEOPLE
Plaintiff

Vs.

THE STATE OF GEORGIA

CIVIL RIGHTS COMPLAINT
PURSUANT TO 42 U.S.C. § 1983

1:15-CV-0472

RWS

Supplemental Brief In Support of
Class Action

Chadras-Leguardaa; Ikan
Authorized Rep. / Plaintiff
( 7S-512 ) GDC #708075
901 Rice str.
Atlanta, GA. 30318
BKN # 1414942

# Supplemental Brief

I Chadrus-Leguardra of the Brown Family, Plaintiff, Authorized represenative, a member of the People to wit the People brings this Civil rights Complaint and thereby & through the foresaid, present this Brief in support thereof.

## 1
## Breach of Contract

In this action it is complained that the State of Georgia Corporation is constantly violating its contract or Compact otherwise known as a Treaty Agreement made with the People by the creation and ordination of the United States Constitution to wit it states in portinant part "We the People of the United States, in Order to form a more perfect union, establish Justice, insure domestic Tranquility, provide for the common defense, promote the general welfare, and secure the Blessings of Liberty to ourselves and our prosperity do ordain and establish this Constitution for the United States of America." U.S. const. Preamble.

In adittion under article VI clause II; The
Constitution, and the laws of the United
States ..., and all Treaties made ..., under
the Authority of the United States, Shall
be the Supreme law of the land, and
the Judges in every state Shall be bound
thereby. As the Judges and officals in every
State are bound to support the U.S. Const.
by giving Oath or affirmation. It is their
sworn duty to protect and serve the
People. Not to minipulate or take advantage
of in any way. Regardless if they individually
have common or Superior Knowledge of
the law. As it is a fact that none of the
People listed in this Complaint are in no
ways apart of the Government. Therefore
in no way by legal means should any of
us have been tried by a millitary
tribunal. As it has Commonly been observed
that the Commander and Chief's flag is
flown in each and every court room next
to the Govenors flag. Both of which Are
Millitary maritime flags. This is A violation
of the Treaty made between the U.S. And
the Sovereign Nation Act which stated
in part that no flag of war is thus in no
ways to be in any Courtroom in the U.S..

In adittion the courts blunt refusal to act
in accordance to common law in situations
arising between two People. There by violations
of the 1st, 2nd, 4th, 5th, 6th, 7th, 8th, 9th, 10th
11th, 14th Amendment of the U.S. const. B.11 of
rights of the People are being violated on
a daily bases. not only to those People
listed here in this complaint, But also to
our unaware "Countryman". The State
can not in the name of local control
give state Courts the power to violate
the law of the land. <u>KA1B vs. Feverstein</u>
<u>308 U.S. 433, 60 S. Ct. 343.</u> In adittion
these courts in Georgia Are not Giving fair
notice of the conduct to which it prescribes.
Criminal statute is void for vagueness
under due process clause if it fails to
provide person of ordinary intelligence
fair notice of the conduct it prescribes.
U.S.C.A. Amend. 14. <u>United States v. Nevers</u>
<u>7 F. 3d 59</u>

   FURTHERMORE, the State of Georgia is in
Violation of its Own Georgia Constitution.
Wherein it States "The enumeration of
rights herein Contained as a part of this
constitution shall not be construed to deny
to the people Any inherent rights which

they may have hitherto enjoyed. Art. I,
sec. I, para. XXVIII GA. Const. Yet the state of
Georgia through it's Officers and Agents,
Actors, trustees are placing the people under
tyranny of Corprate Statutes (Artifical law)
with the presumption of jurisdiction even
under protest. Where by law jurisdiction
can not be presumed in any court.
United States v. Chiarito 69 F. supp. 317.
But must be substantially proven. Hagan v.
Lavine 415 U.S. 528, 94 S.Ct. 1372

Furthermore (1)(2)(3) Rule 12(h)(3) of the Federal
Rules of Civil Procedure provides that Whenever
it appears by suggestion of the parties or
other wise that the court lacks jurisdiction
of the subject matter, the court shall dismiss
the action. A court lacking jurisdiction
cannot render judgment but must dismiss
the cause at any stage of the proceeding
in which it becomes apparent that
jurisdiction is lacking. Bradbury v. Dennis
310 F. 2d 73 (10th cir 1962) To wit the
people herein are not apart of any
corporation be it Governmental or otherwise.
We are non-participant inhubitants members
of the Sovereign Power & that being the
Supreme Power that created the Government.

and the sub-divisions thereof. We are not subject
to the laws or statutes for we are the creators
of the law. <u>Dred scott V. Sandford 60 U.S.</u>
<u>393, 1856 WL 8721.</u> Under GA. Code Annanted
§ 45-11-4 Malpractice, oppression, tyrannical
partiality. The public officers are guilty of
(b)(2)(4)(3) Werein they are liable for the
misappropriation of terms such as person
or persons.

## 2
## <u>Fraudulent Concealment</u>

Wherein among the common people without
knowledge of corporate statutes. They would
not know that the United States is a juristic
<u>person</u> in the sense it has capacity to sue
upon contracts made with it or in vindication
of it's property rights, Yet the term <u>Person</u>
does not include the Sovereign, statutes
employing that term are ordinarily construed
to exclude it. As we observe the term
being used in both the U.S. const. and
the GA. const. Under the United States
Code Annointed the term <u>Person</u> is used
in several sections other than §7. In §§ 1,2
and 3, 15 U.S.C.A. §§ 1-3, the phrase designating
those liable criminally is every <u>person</u> who
shall etc. in each instance it is obvious

that while the term person may well include a corporation it cannot embrace the United States. In § 8, 15 U.S.C.A. § 7, congress attempted to make clear that the term person is to include a corporation. The provision is that the term person where ever used in this Act (sec. 1,2,3 or 15 of this Chapter) shall be deemed to include Corporations and associations existing under or authorized by the laws of either the U.S., the laws of any of the Territories, the laws of any State, or the laws of any foreign Country. <u>United States V. Cooper Corporation</u>, 312 <u>U.S. 600, 61 s.ct, 742</u>

It is by the misappropriation of the term person to wit the State of GA. Acts under GA. Const, Art, <u>VI</u> § <u>IV</u> stating that the Superior Courts of GA. Shall have jurisdiction of All crimes inside the Corporate State of GA. And furthermore O.C.G.A. § 17-2-1 States in (A)(b) clearly the term Person being used to refer to corporations and not (natural or real man). This is a clear and obvious revelation of the fraudualant Activity being done to the People by the machine that we have Created. Being the State of GA. Government, And the law states that

a party having Superior knowledge of the law who takes advantage of another's ignorance of the law to deceive him by studied Concealment or misrepresentation can be held responsible for that conduct. Fina Supply, Inc. V. Abilene nat. Bank, 726 S.W. 2d. 537, 1987 And party in interest may become liable for fraud by mere silent acquiescence and partaking of benefits of fraud. Bransom V. Standard Hardware, Inc. 874 S.W. 2d 919, 1994.

And furthermore the Superior Courts of GA. are acting without a Certificate of Delegated Judicial Authority granted to them by an Act of Congress pursuant to Article III Sec. I U.S. Constitution wherein congress may appoint Judicial Authority from time to time to the Inferior Courts. Not all the time. As Judicial Authority is vested in One Supreme Court. And with that being said it becomes more obvious that these courts in GA. And other similar States, are acting under the Executive branch. And not the Judicial branch. As they are Acting to inforce Executive Statutes of the Corporation. And there by Are in violation of the Supremacy

<u>Clause</u> to wit the Seperation of Powers
of the Government is inacted in the
1) Legislative Branch 2) The Executive
Branch 3) The Judicial Branch. And
therefore the Superior Courts of GA.
Are incompetant to recieve grant
of Judicial Delegated Authority. And
each and every act to wit they
Attempt to exercise such Authority is
in fact a complete nullity. <u>Burns V.</u>
<u>Sup. Ct, SF, 140 CAL 1</u>. A judge ceases
to sit as a judicial OFFicer because
the governing principle of administrative
Law provides that courts are prohibited
from substituting their evidence for
that of the agency. Adittionally courts
are pRohibited from even listening to
or hearing arguments, presentations
or rational. <u>Asis V. U.S. 568 F.2d, 284</u>
And therefore it is clear that the
State of Georgia has conspired against
the people and my self by this Act of
Fraud. Any misrepresentation intended
to decieve and which does deceive
is "<u>FRAUD</u>," entitling deceived party
to <u>remedy at law</u>. <u>Oliver V. O'Kelley</u>
<u>48 Ga. app. 762, 173 S.E. 232</u>.

P. 10-11

Furthermore by such actions being done.
It becomes more evident that FALSE
In-prisonment is an additional ground
to wit I also raise as the liberty of
the people and my self even to this day
are being restrain. Thereby we demand
Justice and expressedly so. <u>Janus V.</u>
<u>Humphrey 38 F. 2d 431 (Feb. 17, 1930)</u> And
therefore none of the People Nore my
self are guilty of Any crime At All,
against the State of Georgia. Therein
by the Superior Courts of Georgia acting
without the Authority to do so. All
Such Actions are to be held void, premo
facie void on its face. <u>In re Terry 128 U.S.</u>
<u>289, 9 S.Ct. 77 Nov. 12, 1888</u>. In addition
the State of Georgia Could never be a
Corpus Delecti in any crime Arising in
Common law. Because it is a fiction
and is fictitious and can not be an injured
party. Any Act repugnant to the
Constitution is null and void. <u>Marbury</u>
<u>V. Madison, 5 U.S. 147 (1803).</u>

## Conclusion

Where rights secured by the Constitution
Are involved, there can be no rule making
or legislation which Abrogates them. <u>Miranda</u>
<u>V. Arizona, 384 U.S. 116, 16 L.Ed 2d 694 S.Ct, 1602</u>

<u>Certificate of Service</u>

I hereby certify that the foregoing
document: Supplemental Brief is here
in delivered by hand via U.S. Postal
mail service with Adequate postage
placed there on And served to the
following:

Office of the Clerk
U.S. District Court for the
Northern District
2211 U.S. Court House
75 Spring Str. Sw.
Atlanta, GA. 30303

Submitted by
Chadrus-Lequandra;Brown
w/o Prejudice U.C.C. 1-207
961 Rice Str.
Atlanta, GA. 30318
GDC# 708025 / 13KN#1414942