FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta
FEB 17 2015
JAMES N. HATTEN, CLERK
By: S. Branson, Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| THE PEOPLE<br>Plaintiff<br><br>Vs<br><br>STATE OF GEORGIA | Civil Rights Complaint<br>Pursuant to U.S.C. § 1983<br>1:15-CV-0472<br>AFFIDAVIT OF TRUTH |

**RWS**

## Declaration

We the People in the above fore mentioned Action without Threat, Duress, or Coercion declare, certify, verify, or state that the information stated therein as provided to this Honorable Court through and by Chadrus Leguardra Brown to be true and absolutely true and factual to the best of our God given knowledge under penalty of perjury under the United States Constitution and the Georgia Constitution as we sign our names hereon in support thereof.

Plaintiffs, in Class Action Feb. 1983. Sign on.

| Name | GDC# / BKN# |
|---|---|
| 1. Antonio Jambro | 498258 / 1429317 |
| 2. Chris Penson | 1295367 |
| 3. Abdul Hasan | 758250 / BKN 465890 |
| 4. Brandon Bell | 1203821 / 1500561 |
| 5. Dominique Denson | 1402892-BKN GDC#1147956 |
| 6. Mason Seay | 1000272257 #GDC |
| 7. Dorsy Thomas | 1402289 |
| 8. Juan Alfonso | GDC#1000431487 |
| 9. G. West | 1109062 - GDC |
| 10. Sanchez Hartnett | GDC# 1001236270 |
| 11. Michael Richardson | 1142278 GDC / BKN# 1427757 |
| 12. O.W. Hawkins |  |
| 13. Jermaine Revere | 1172069 - 1428551 |
| 14. Mckinley Denson | 645138 |
| 15. Xavier White | 1253499 / 1427716 |
| 16. Jerry Johnson | 1098280 / 1426024 |
| 17. Jonathan Kilgore Jr. |  |
| 18. Joe Lockhart Sr. | 1051176 / 1426025 |
| 19. Akbar Cojoe | 1422100 BKN / GDC# 905072 |
| 20. James Curtis | Booking#1428270 / GDC# 000789124 |
| 21. Johnny Jackson III | #1203131 |
| 22. Keandre King | 1308570 |
| 23. Letenco Gaston | 1405093 |
| 24. Stanley T Brooks | 894250 |
| 25. Isaac Borders |  |
| 26. Demario Holden | 1289557 |

1. Diarre Bailey 733374
2. Anthony Jones 1000932311
3. Freddy Wynn 1000910032
4. Clarence Daniels 1001118049
5. [signature] 651870
6. Donnate Small 1000092852
7. Eric M Stephens 703262
8. JAMES BANKS 371664
9. Michael Brock 816756
10. Jim Peters 546930
11. L. Clemans 931525
12. Henry Lott 822424
13. Nikolas Johnson 1001164569
14. Daniel Warburg 1000665607
15. Robert Dodd 1290648
16. Justin Elaniyan 1000056546
17. Kenneth Hodge 1000470296
18. Walter Brennan

I declare (or certify, verify, or state) under penalty of perjury that the foregoing statements made in this Inmate Form for Civil Action are true and correct.

Executed on _____
                           Date

                                              _____
                                                     Signature of Plaintiff / Auth. Rep.

Sworn to and subscribed before me this
3 day of May, 2014
_____
Notary Public or Other Person Authorized to Administer Oaths

[Notary Seal: OSCAR M. BELL, NOTARY PUBLIC, TATTNALL COUNTY, Comm. Exp. 5/04/18]