# CIVIL COVER SHEET FOR A PRISONER CASE

**1:15-CV-0472-RWS**

JUDGE __Story__   DIVISION __ATLANTA__
MAG. JUDGE __King__   IFP __✓__   FEE ____
DATE FILED __February 17, 2015__   PREVIOUS CASES __✓__

NAME __Chadrus Brown__   I.D. # __GDC # 708075__
PRO SE __✓__   ATTORNEY ____
PLACE OF INCARCERATION __Georgia State Prison__
CITY __Reidsville__   STATE __GA__   COUNTY __Tattnall__

| JURISD. | NOS | CAUSE | DESCRIPTION |
|---|---|---|---|
| 3 | 530 | ___ 28:2254 | Habeas action by a State prisoner challenging state convictions or sentence. |
| 3 | 535 | ___ 28:2254d | Habeas action by a State prisoner under a DEATH sentence. ___ SEND TO DISTRICT JUDGE. |
| 3 | 530 | ___ 28:2241st | Habeas action by a State prisoner or detainee challenging matters other than conviction or sentence (e.g. parole revocation, loss of good time-credit, etc.). |
| 2 | 530 | ___ 28:2241fd | Habeas action by a Federal prisoner or detainee challenging matters other than conviction or sentence (e.g. parole revocation, loss of good time-credit, etc.). |
| 3 | 550 | ___ 42:1983pr | State or Federal prisoner civil rights action suing state officials not involving prison conditions. (A/K/A "Bivens action"). |
| 2 | 550 | ___ 28:1331pr | Prisoner civil rights action suing federal officials not involving prison conditions. (A/K/A "Bivens actions"). |
| 3 | 555 | ___ 42:1983pr | State prisoner civil rights action involving prison conditions. |
| 2 | 555 | ___ 28:1331pr | Prisoner civil rights action suing Federal officials involving prison conditions. (A/K/A "Bivens action"). |
| 2 | 540 | ___ 28:1346 | Prisoner Federal Tort Claim. (Against U.S.) |
| 2 | 540 | ___ 28:1361pr | Action to compel U.S. officer to perform a duty MANDAMUS. |
| 4 | 540 | ___ 28:1332 | Any prisoner action based on diversity. |
| ___ | 540 | ___ ___ | OTHER: ___ |

_____ DOCKER CLERK: Place cover sheet in acco on top of docket sheet and file, and FORWARD to Magistrate Judge assigned for IFP and/or frivolity determinations.

_____ STAFF LAW CLERK:
   ___ Pauper's affidavit insufficient or no affidavit
   ___ Complaint or petition not signed or is incomplete
   ___ No copies
   ___ Other: _____